IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DANIEL BRADY WATSON**                                                    **PLAINTIFF**
**#16347**

v.                   Case No: **4:23-cv-00679-JM**

**WHITE COUNTY DETENTION CENTER,** *et al.*            **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 23rd day of October, 2023.

_____
UNITED STATES DISTRICT JUDGE